**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VOEGELE MECHANICAL, INC., : | CIVIL ACTION |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 18-3018 |
| : | |
| LOCAL UNION NO. 690 OF THE UNTED : | |
| ASSOCIATION OF JOURNEYMEN AND : | |
| APPRENTICES OF THE PLUMBING AND : | |
| PIPE FITTING INDUSTRY OF THE : | |
| UNITED STATES AND CANADA, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this   19th   day of August, 2019, upon consideration of the Second

Motion to Dismiss or, in the Alternative, to Stay Proceedings Pending Arbitration filed by

Defendant Local Union No. 690 of the United Association of Journeymen and Apprentices of the

Plumbing and Pipe Fitting Industry of the United States and Canada ("Local 690") (Doc. No.

16), Plaintiff Voegele Mechanical, Inc.'s ("Voegele") Memorandum of Law in Support of Reply

in Opposition to Motion to Dismiss, Local 690's Reply, and Voegele's Sur-Reply, as well as the

arguments made by the parties during the oral argument held on May 21, 2019, it is hereby

**ORDERED** that Local 690's Second Motion to Dismiss is **GRANTED** pursuant to Federal Rule

of Civil Procedure 12(b)(1).

It is **FURTHER ORDERED** that Voegele's Count One is **DISMISSED**

**WITHOUT PREJUDICE** to the filing of a subsequent arbitration proceeding and the Clerk of

Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE